CRIMINAL COMPLAINT

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| **United States of America**<br>v.<br>**Katraun Devon McLendon**<br>DOB: 2004; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02278MJ |

Complaint for a violation of Title 18, United States Code, §§ 922(o)(1) and 924(a)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 25, 2025, at or near Tucson, within the District of Arizona, **Katraun Devon McLendon**; did knowingly possess a firearm, that is: one (1) Glock 22 .40 caliber handgun with a machine gun conversion device, and multiple rounds of .40 caliber ammunition; said firearm not being manufactured in Arizona thus affecting commerce in that the firearm was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(o)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 24, 2025 at approximately 10:25p.m., a 911 call was received reference a loud party and shots fired. Officers from the Tucson Police Department (TPD) responded and contacted the complainant, D.N. who informed officers that he called 911 reporting a loud party occurring at 6626 E. Cooper Street. The complainant told officers that a maroon vehicle left the party and discharged several rounds before speeding away. Officers located seven (7) .40 Smith and Wesson casings in the roadway. The complainant told officers he thought the firearm could have been an Uzi. This report was filed under TPD 2505240205.

The following morning on May 25, 2025 at 0016, a 911 call was received in reference to a loud party in the area of 1530 N. Venice Avenue. While driving through the area, TPD officers heard a gun "rack" and saw a few males walking away. Officers contacted the males and one of the males, later identified as **Katraun McLENDON** ran from officers on foot. While running, officers observed **McLENDON** reaching into his waistband. **McLENDON** fell into some bushes and a firearm holster fell on the ground but did not have a firearm in it. **McLENDON** was detained at 0050 hours. Officers searched the path **McLENDON** ran and located a Glock handgun with a machine gun device, also commonly referred to as a switch on it. Approximately 10-15 feet from the Glock handgun was **McLENDON's** Arizona driver's license and bank card. During a search incident to arrest of **McLENDON**, a Glock handgun magazine with live .40 caliber ammunition was found in his front left pants pocket. The recovered handgun was a Glock 22 .40 caliber handgun bearing serial number BMTL848 that had a machine gun conversion device affixed to the rear of the handgun. This report was filed under TPD 2505250009.

On June 2, 2025 there was a NIBIN match between the shell casings recovered from TPD 2505240205 and the casings recovered from the Glock recovered from **McLENDON** under TPD 2505250009.

The 911 calls between both incidents were approximately less than three hours apart.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED by AUSA R. Arellano *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2025.07.10 11:14:23 -07'00' | SIGNATURE OF COMPLAINANT<br>*GMartinez #47468*<br>OFFICIAL TITLE<br>ATF TFO/TPD Detective Gilbert Martinez |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 10, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54